BURGER et al. v. TRIPLER et al. (Circuit Court, S. D. New York. December 21, 1901.) Motion to strike demurrer from the files, for decree pro confesso, and to allow demurrer to stand as a pleading. James C. Chapen, for the motion. H. A. West, opposed.

LACOMBE, Circuit Judge. The defendant was in default, and his demurrer improperly filed. He presents an excuse for his default, and prays that it may be opened. This application is granted, and he is given to and including December 27th to demur, plead, or answer; issue, however, to stand as of June rule day, and defendant to file stipulation to complete his proofs under any plea or answer which he may file within 90 days after complainants close their prima facie proofs.

---

GOAT & SHEEPSKIN IMPORT CO. v. UNITED STATES (two cases). (Circuit Court, S. D. New York. March 14, 1902.) Nos. 1,715, 1,871. Appeals by the Importers from Decisions of the Board of United States General Appraisers. Albert Comstock, for appellants. Henry C. Platt, Asst. U. S. Atty.

COXE, District Judge (orally). The decision of the board of general appraisers is affirmed on two grounds: First, that the protest is insufficient; and, second, that the facts bring the cases within the decision in U. S. v. China & Japan Trading Co., 18 C. C. A. 335, 71 Fed. 864.

---

INTERNATIONAL TOOTH CROWN CO. v. KYLE. (Circuit Court, S. D. New York. January 20, 1902.) Philip B. Adams, for petitioners. Charles K. Offield, Offield, Towle & Linthicum, Dickerson & Brown, and Walter D. Edmonds, for complainant.

TOWNSEND, District Judge. This cause having been heard upon the petition of Allan G. Bennett and others to vacate and annul the decree heretofore entered herein, and upon affidavits and arguments of counsel in behalf of the said peitioners and the said complainant, International Tooth Crown Company, and it appearing to the court that the proceedings therein were procured by collusion between the complainant, International Tooth Crown Company, and the defendant, James Orr Kyle, and that there was no real controversy between them, it is hereby ordered, adjudged, and decreed that the said decree, to wit, the decree entered on or about the 1st day of January, 1900, be, and the same is hereby, vacated and annulled, and that this cause be dismissed. It is further ordered that said International Tooth Crown Company pay the disbursements incurred in the said application for vacation of said decree. Nothing herein contained shall be construed as implicating any of the solicitors or counsel for complainant; for they are exonerated from all knowledge of or participation in said collusion.

---

McINTYRE v. WESTERN UNION TEL. CO. (Circuit Court, S. D. New York. September 24, 1901.) Motion for Preliminary Injunction. Drury W. Cooper, for the motion. H. A. West, opposed.

LACOMBE, Circuit Judge. This motion is now denied upon the following terms, viz.: That defendant on November 1, 1901, and monthly thereafter, file in this court sworn statements showing how many of the devices complained of have been used by it, where in such use the device was twisted as shown in the patent. In the event of failure to file such affidavits, or affidavits showing that none were twisted, complainant may renew this application.